```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/2/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARGONAUT INSURANCE COMPANY,

        Plaintiff,

-against-

THIRTY-ONE GIFTS, LLC,

        Defendant.

19-CV-7962 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On June 2, 2020, the parties informed the Court that they anticipated a "global resolution of claims in this case and in the underlying case within 30 days." (Dkt. No. 18.) On June 4, 2020, the Court issued an order directing that, "[i]f the case has not been settled and dismissed by July 2, 2020, the parties are to seek a pre-motion conference before filing motions for summary judgment." (Dkt. No. 19.) The case has not been dismissed. However, the parties did not request a pre-motion conference and have not otherwise updated the Court as to the status of the litigation. The parties shall do so, in the form of a joint letter, no later than **September 11, 2020**.

Dated: New York, New York
       September 2, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**